■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL MARTINEZ, Appellant. (Appeal No. 3.)—Judgment unanimously affirmed. Same Memorandum as in *People v Martinez* ([appeal No. 2] 187 AD2d 992 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Mulroy, J. —Criminal Possession Controlled Substance, 1st Degree.) Present—Callahan, J. P., Green, Balio, Davis and Doerr, JJ.